**Order entered May 21, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01312-CV

### CHAN IL PAK, Appellant

### V.

### AD VILLARAI, LLC, THE ASHLEY NICOLE WILLIAMS TRUST, VILLAS ON RAIFORD, LLC, AND VILLAS ON RAIFORD CARROLLTON SENIOR HOUSING, LLC., Appellees

### On Appeal from the 101st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-13-06030

## ORDER

Appellant Chan Il Pak's May 17, 2018 motion for extension of time to file motion for rehearing is **GRANTED**, and appellant's motion for rehearing is due no later than May 29, 2018.

/s/      MOLLY FRANCIS
          JUSTICE